# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SAVANNAH LICENSING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HARBOR FREIGHT TOOLS USA, INC., <br><br> Defendant. | Civil Action No. 6:22-cv-00555-ADA |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Savannah Licensing LLC ("Savannah") files this Joint Motion to Stay All Deadlines and Notice of Settlement. Counsel for the parties have conferred and Harbor Freight Tools USA, Inc. ("Harbor Freight") does not oppose this motion to stay. All matters in controversy between Savannah and Harbor Freight have been settled in principle. The parties require additional time to finalize the agreement and to dismiss the case. The parties, therefore, respectfully request that all hearings and deadlines between the parties be stayed for thirty (30) days, through October 12, 2022.

Dated: September 16, 2022

| | |
|---|---|
| */s/ Raymond W. Mort, III* | *By: /s/ Mark D. Siegmund* |
| Raymond W. Mort, III | Mark D. Siegmund |
| Texas State Bar No. 00791308 | State Bar No. 24117055 |
| raymort@austinlaw.com | Gregory P. Love |
| **THE MORT LAW FIRM, PLLC** | State Bar No. 24023060 |
| 100 Congress Ave, Suite 2000 | **STECKLER WAYNE CHERRY & LOVE, PLLC** |
| Austin, TX 78701 | 8416 Old McGregor Road |
| Tel/Fax: 512-865-7950 | Waco, Texas 76712 |
| | Telephone: (254) 651-3690 |
| CHONG LAW FIRM PA | Facsimile: (254) 651-3689 |
| Jimmy Chong (#4839) | mark@swclaw.com |
| 2961 Centerville Road, Suite 350 | greg@swclaw.com |
| Wilmington, DE 19808 | |
| Telephone: (302) 999-9480 | ATTORNEYS FOR HARBOR FREIGHT TOOLS USA, INC |
| Facsimile: (302) 800-1999 | |
| Email: patent@chonglawfirm.com | |

ATTORNEYS FOR PLAINTIFF